UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION | : | DOCKET NO. 3:20MJ522(RPS) |
| OF THE UNITED STATES OF AMERICA | : | |
| FOR A SEARCH WARRANT | : | January 10, 2022 |

## MOTION TO UNSEAL APPLICATION AND ORDER

The United States of America, by Leonard C Boyle, United States Attorney for the District of Connecticut, by Rahul Kale, Assistant United States Attorney, moves the Court for an order unsealing the application, affidavit and search warrant for this matter. The prosecution in this case has concluded, *see* Doc. 3:20CR57(VLB), and the case is now closed.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

  */s/ Rahul Kale*
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. phv-2526
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Rahul.kale@usdoj.gov

The foregoing Motion is hereby GRANTED/DENIED this ____ day January, 2022.

_____
HON. ROBERT S. SPECTOR
UNITED STATES MAGISTRATE JUDGE